JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV  89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELLEN VIOLA, | ) CASE NO.: 2:16-cv-01322-JAD-CWH |
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF INTERESTED** |
| SUN LIFE ASSURANCE COMPANY OF CANADA, as Claims Administrator of the Holland &Hart LLP Long-Term Disability Plan;  DOES I through V inclusive; and ROES I through V, inclusive, | ) **PARTIES** |
| Defendant. | ) |

The undersigned counsel of record for Plaintiff ELLEN VIOLA certifies that the following may have an interest in the outcome of this case:  Not aware of anyone other than the parties named.  This representation is made to enable judges of the court to evaluate possible recusal.

DATED this 14th day of June, 2016.

LAW OFFICE OF JULIE A. MERSCH


By:    /s/ Julie A. Mersch
JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
701 S. 7th Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

W:\VIOLA\PLDGS\CertInterestedParties.wpd