JILL GARCIA
Nevada Bar No. 007805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant Sun Life Assurance Company of Canada*

Julie A. Mersch, Esq.
Nevada Bar No. 004695
jam@merschlaw.com
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV 89101
(702) 387-5868
*Attorney for Plaintiff Ellen Viola*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELLEN VIOLA,<br><br>                    Plaintiff<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>                    Defendant | Civil Action No.: 2:16-cv-01322-JAD-CWH<br><br>**STIPULATION AND JOINT MOTION FOR STAY PENDING REMAND FOR FURTHER CLAIM REVIEW**<br><br>ECF No. 14 |

Come now the parties and, after conference of counsel, jointly request that the Court stay this matter pending a remand to Defendant for further review of Plaintiff's claim for ERISA long term disability benefits. In support hereof, the parties show the Court as follows:

1.  This is a suit for long term disability benefits under an ERISA-governed employee benefit plan pursuant to 29 U.S.C. §1132(a)(1)(B). The parties have exchanged initial disclosures and have complied with all deadlines to date.

2.  During the pendency of this action, the parties have discussed options for potential settlement. Although not able to completely resolve their dispute, the parties have agreed that Defendant will conduct an additional level of review of Plaintiff's claim to take

1  into account updated information. The review process will be conducted in accordance with
2  Department of Labor ERISA claim regulations applicable to appeals of adverse benefit
3  determinations.

4      3.   In order to accommodate this additional level of claim review, the parties
5  request that the Court stay this matter subject to the parties filing a joint status report in 90
6  days to inform the Court of the status of the claim review or, if the claim review is completed
7  before that date, the parties will promptly inform the Court if any further action is required.
8  Once the claim review is completed, if there is still a dispute between the parties, the parties
9  will propose new briefing deadlines. If there is no further dispute between the parties once
10 the claim review is completed, then the parties will submit a joint request for dismissal of this
11 action.

12     WHEREFORE, the parties jointly request that the Court stay this action pending a
13 further claim review by Defendant and require the parties to submit a joint status report in 90
14 days or, if the claim review is completed before that date, the parties will promptly inform
15 the Court whether any further action is necessary.

16 DATED:  November 28, 2016          LAW OFFICE OF JULIE A. MERSCH

17                                    By:    /s/ Julie A. Mersch
                                         JULIE A. MERSCH
18                                       jam@merschlaw.com
                                         Nevada Bar No.: 004695
19                                       701 S. 7th Street
                                         Las Vegas, NV 89101
20                                       *Attorney for Plaintiff Ellen Viola*

21
   DATED:  November 28, 2016          OGLETREE, DEAKINS, NASH, SMOAK &
22                                    STEWART, P.C.

23                                    By:    /s/  Jill Garcia
                                         JILL GARCIA, Esq.
24                                       Nevada Bar No. 007805
                                         jill.garcia@ogletreedeakins.com
25                                       Wells Fargo Tower, Suite 1500
                                         3800 Howard Hughes Parkway
26                                       Las Vegas, NV 89169
                                         *Attorneys for Defendant Sun Life*
                                         *Assurance Company of Canada*

**ORDER**

Based on the parties' stipulation [14], IT IS HEREBY ORDERED that **this action is STAYED in its entirety** to permit defendant to conduct further claim review. Once that review is completed, either party may move to lift the stay, informing the court what further action is necessary. Counsel for the parties must appear for a **STATUS CONFERENCE regarding this action on March 6, 2016, at 1:30 p.m.**, before U.S. District Court Judge Jennifer Dorsey, in Courtroom 6D of the Lloyd George Courthouse.

_____
U.S. District Judge Jennifer Dorsey
November 29, 2016