JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant Sun Life Assurance Company of Canada*

Julie A. Mersch, Esq.
Nevada Bar No. 4695
jam@merschlaw.com
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV 89101
(702) 387-5868
*Attorney for Plaintiff Ellen Viola*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELLEN VIOLA,<br><br>                     Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>                     Defendant. | Civil Action No.: 2:16-cv-01322-JAD-CWH<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION FOR EXTENSION OF STAY PENDING REMAND FOR FURTHER CLAIM REVIEW AND CONTINUANCE OF STATUS CONFERENCE**<br><br>**(Third Request)**<br><br>ECF No. 16 |

Come now the parties and, after conference of counsel, jointly request that the Court further extend the stay of this matter pending a remand to Defendant for further review of Plaintiff's claim for ERISA long-term disability benefits and to continue the status conference currently scheduled for March 6, 2017, to a date in early May 2017. In support hereof, the parties show the Court as follows:

1

1. This is a suit for long-term disability benefits under an ERISA-governed employee benefit plan pursuant to 29 U.S.C. §1132(a)(1)(B). The parties have exchanged initial disclosures and have complied with all deadlines to date.

2. On November 29, 2016, the parties filed their Stipulation and Joint Motion for Stay Pending Remand for Further Claim Review to allow an additional level of review of Plaintiff's claim to take into account updated information. The Court granted the motion and scheduled this matter for a status conference on March 6, 2017.

3. Since the Court granted the parties' motion, Plaintiff submitted her claim for an additional level of review, and Defendant has been in the process of collecting additional information as part of the claim review. Defendant informed Plaintiff of the need for an independent medical examination but, due to scheduling conflicts, the examination will not take place until March 24, 2017. Once Defendant receives the examination report, it anticipates that it will issue a decision by mid-April 2017. To accommodate any unanticipated delays, the parties request that the Court continue the status conference to early May 2017.

4. Once the claim review is completed, if there is still a dispute between the parties, the parties will propose new briefing deadlines. If there is no further dispute between the parties, once the claim review is completed, then the parties will submit a joint request for dismissal of this action.

//

//

//

WHEREFORE, the parties jointly request that the Court extend the stay of this action and to continue the status conference to a date in early May 2017.

Dated this 22nd day of February, 2017.

| | |
|---|---|
| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Julie A. Mersch | /s/ Jill Garcia |
| Julie A. Mersch | Jill Garcia |
| 701 S. 7th Street | Wells Fargo Tower, Suite 1500 |
| Las Vegas, NV  89101 | 3800 Howard Hughes Parkway |
| Telephone:  702.387.5868 | Las Vegas, NV  89169 |
| *Attorneys for Ellen Viola* | Telephone:  702.369.6800 |
| | *Attorneys for Sun Life Assurance Company of Canada* |

## **ORDER**

Based on the parties' stipulation [16] and good cause appearing, IT IS HEREBY ORDERED that the 3/6/17 status conference is CONTINUED to May 12, 2017, at 2:00 p.m.

February 23, 2017                          _____
                                           Jennifer Dorsey
                                           United States District Judge