1  Julie A. Mersch, Esq.
   Nevada Bar No. 004695
2  LAW OFFICE OF JULIE A. MERSCH
   701 S.7th Street
3  Las Vegas, NV  89101
   (702) 387-5868
4  Fax: (702) 387-0109
   jam@merschlaw.com
5  *Attorney for Plaintiff Ellen Viola*

6  Jill Garcia, Esq.
   Nevada Bar No. 007805
7  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Wells Fargo Tower, Suite 1500
8  3800 Howard Hughes Parkway
   Las Vegas, NV 89169
9  (702) 369-6800
   Fax: (702) 369-6888
10 jill.garcia@ogletreedeakins.com
   *Attorneys for Defendant Sun Life Assurance Company of Canada*

11

12                    **UNITED STATES DISTRICT COURT**

13                           **DISTRICT OF NEVADA**

| | |
|---|---|
| 14  ELLEN VIOLA, | Civil Action No.:  2:16-cv-01322-JAD-CWH |
| 15                   Plaintiff | **JOINT STATUS REPORT AND** |
| 16  v. | **STIPULATION TO LIFT STAY** |
| 17  SUN LIFE ASSURANCE COMPANY OF CANADA, | ECF No. 29 |
| 18                   Defendant | |

19      Come now the parties and, pursuant to the Order of this Court set forth in the Minutes

20 of Proceedings dated May 22, 2018 [docket 27], hereby submit their Joint Status Report as

21 follows:

22      On November 30, 2017, Plaintiff Ellen Viola provided Defendant with the results of

23 her October, 2017 neuropsychological testing.  Upon review of the test results, Defendant

24 upheld its decision to deny benefits in a letter to Plaintiff's counsel dated February 19, 2018.

25 Plaintiff requested a copy of the updated Administrative Record from Defendant on February

26

1  20, 2018.  Plaintiff submitted additional information for Defendant's review on March 22,
2  2018.  Defendant upheld its denial in a letter dated May 31, 2018.
3      The additional level of review contemplated in the parties' Joint Motion For Stay
4  Pending Remand For Further Claim Review dated November 28, 2016 [docket 14] is now
5  complete.  Given that a dispute still exists between the parties, the parties hereby request that
6  the stay in this matter now be lifted.  Submitted concurrently herewith is the parties' First
7  Amended Discovery Plan and Scheduling Order for the court's review.

8  DATED:  June 7, 2018                LAW OFFICE OF JULIE A. MERSCH

10                      By:    /s/ Julie A. Mersch
                               JULIE A. MERSCH
                               jam@merschlaw.com
11                             Nevada Bar No.: 004695
                               701 S. 7th Street
12                             Las Vegas, NV 89101
                               *Attorney for Plaintiff Ellen Viola*

14  DATED:  June 7, 2018                OGLETREE, DEAKINS, NASH, SMOAK &
                                        STEWART, P.C.

16                      By:    /s/  Jill Garcia
                               JILL GARCIA, Esq.
17                             Nevada Bar No. 007805
                               jill.garcia@ogletreedeakins.com
18                             Wells Fargo Tower, Suite 1500
                               3800 Howard Hughes Parkway
19                             Las Vegas, NV 89169
                               *Attorneys for Defendant Sun Life*
20          **ORDER**               *Assurance Company of Canada*

21    Based on the parties' stipulation **[ECF No. 29]** and good cause appearing, IT IS
22  HEREBY ORDERED that THE STAY IS LIFTED.

23                                  _____
                                    U.S. District Judge Jennifer A. Dorsey
24                                  Dated: June 20, 2018