Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff Ellen Viola*

Jill Garcia, Esq.
Nevada Bar No. 007805
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
(702) 369-6800
Fax: (702) 369-6888
jill.garcia@ogletreedeakins.com
*Attorneys for Defendant Sun Life Assurance Company of Canada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELLEN VIOLA, | CASE NO.: 2:16-cv-01322-JAD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO CONTINUE BRIEFING DEADLINES** |
| SUN LIFE ASSURANCE COMPANY OF CANADA, as Claims Administrator of the Holland &Hart LLP Long-Term Disability Plan; DOES I through V inclusive; and ROES I through V, inclusive, | |
| Defendant. | |

Plaintiff ELLEN VIOLA and Defendant SUN LIFE ASSURANCE COMPANY OF CANADA jointly request that the briefing deadlines set forth in this Court's June 21, 2018 Scheduling Order [Dkt. 32] be continued as set forth below.

## I. Case Status

Pursuant to the June 21, 2018 Scheduling Order, Plaintiff filed an Amended Complaint on July 30, 2018. Defendant filed its Answer to Plaintiff's Amended Complaint with Defenses and Counterclaim on August 13, 2018. Plaintiff filed an Answer to Defendant's Counterclaim on September 4, 2018. The Administrative Record was filed with this Court on October 3, 2018. Rule 52/56 motions are currently due by October 19, 2018. As contemplated in the June 21, 2018 Order, the parties have engaged in settlement discussions and have agreed to attempt to resolve this matter via mediation.[1] Private mediation is now set for December 19, 2018.

## II. Proposed Briefing Schedule

The parties now request that the briefing schedule be continued as follows to allow for possible settlement:

|  | **Current Deadline:** | **Proposed Deadline:** |
|---|---|---|
| Filing of Rule 52/56 Motions: | **October 19, 2018** | **January 29, 2019** |
| Responses: | **November 16, 2018** | **February 26, 2019** |
| Replies: | **November 30, 2018** | **March 12, 2019** |

We, the undersigned, represent to the Court that this request for extension is made in good faith and not for purposes of delay.

DATED: October 9, 2018          LAW OFFICE OF JULIE A. MERSCH


By:   /s/ Julie A. Mersch
      JULIE A. MERSCH, ESQ.
      jam@merschlaw.com
      Nevada Bar No.: 004695
      701 S. 7th Street
      Las Vegas, NV 89101
      *Attorney for Plaintiff ELLEN VIOLA*

---

[1] "The parties request a settlement conference with the Court sometime after amendment of the pleadings and before dispositive motion briefing." Dkt. 32 at 3-4.

Stip to Continue Briefing Deadlines          2

| | |
|---|---|
| DATED: October 9, 2018 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |

By:  /s/ Mark E. Schmidtke
MARK E. SCHMIDTKE, ESQ.
mark.schmidtke@ogletreedeakins.com
56 S. Washington St., Ste. 302
Valparaiso, IN 46383

JILL GARCIA, Esq.
Nevada Bar No. 007805
jill.garcia@ogletreedeakins.com
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant SUN LIFE ASSURANCE COMPANY OF CANADA*

**IT IS SO ORDERED:**

Dated this  11th  day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE