JILL GARCIA
Nevada Bar No. 007805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

MARK E. SCHMIDTKE
*admitted pro hac vice*
mark.schmidtke@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Telephone: 219.242.8668
Fax: 219.242.8669

*Attorneys for Defendant Sun Life Assurance
 Company of Canada*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELLEN VIOLA,<br><br>                Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br>                Defendant.<br>--------------------<br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>                Counterclaimant<br><br>v.<br><br>ELLEN VIOLA, | Case No.: 2:16-cv-01322-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 42 |

| | |
|---|---|
| | Counterdefendant. |

NOW COME Plaintiff/Counterdefendant, ELLEN VIOLA, and Defendant/Counterclaimant, SUN LIFE ASSURANCE COMPANY OF CANADA, by and through their attorneys, and stipulate that this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties shall bear their own respective attorneys' fees and costs.

Dated: January 9, 2019.

| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Julie A. Mersch<br>Julie A. Mersch<br>701 S. 7th Street<br>Las Vegas, NV 89101<br>Telephone: 702.387.5868<br>*Attorneys for Ellen Viola* | /s/ Jill Garcia<br>Jill Garcia<br>Wells Fargo Tower, Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Telephone: 702.369.6800<br>*Attorneys for Sun Life Assurance Company of Canada* |

## **ORDER**

Based on the parties' stipulation **[ECF No. 42]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 11, 2019